In re Edward Beverly MORRISON, Petr Valentinovich Kuzmin, and Pavel Tishin.

No. 2014–1050.

United States Court of Appeals, Federal Circuit.

June 10, 2014.

Thomas P. Pavelko, Novak Druce Connolly Bove + Quigg LLP, of Washington, DC, argued for appellants. With him on the brief were Henry A. Petri, Jr., Brian McKnight and Daniel P. Mullarkey.

Kristi L.R. Sawert, Associate Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley, Deputy General Counsel for Intellectual Property Law and Solicitor, and William Lamarca, Associate Solicitor.

MOORE, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**